AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Caddell, Jack | **2. Court or Organization**<br><br>U.S. Bankruptcy Court | **3. Date of Report**<br><br>03/25/2013 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge - Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

P O Box 2004
Decatur AL 35602-2004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Alabama State Bar | 6/7/2012 - 6/10/2012 | Destin FL | Bankruptcy at the Beach Seminar | Lodging, Mileage |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caddell, Jack | 03/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caddell, Jack | 03/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Checking Acct. - Regions Bank | | None | J | T | | | | | |
| 2.  Savings Acct. - Regions Bank | A | Int./Div. | K | T | | | | | |
| 3.  Schwab Bank Account | A | Int./Div. | J | T | | | | | |
| 4.  American Century Gov't | A | Int./Div. | K | T | | | | | |
| 5.  American Century Equity | A | Int./Div. | K | T | | | | | |
| 6.  American Century Tax Free Bond Fund | A | Int./Div. | K | T | Buy | 08/29/12 | J | | |
| 7.  American Financial Group | A | Int./Div. | J | T | | | | | |
| 8.  Artisan Int'l Fund | A | Int./Div. | J | T | Buy | 8/29/12 | J | | |
| 9.  Balero | A | Int./Div. | J | T | Buy | 07/12/11 | J | | ***SEE VIII |
| 10.  Baron Growth Fund | A | Int./Div. | J | T | | | | | |
| 11.  Freeport McMoran Cooper | A | Int./Div. | | | Sold | 08/29/12 | J | A | |
| 12.  Glenmede Small Cap Equity | A | Int./Div. | K | T | | | | | |
| 13.  Harbor International Fund | A | Int./Div. | K | T | | | | | |
| 14.  IShares Core U.S. Bond Market ETF | A | Int./Div. | J | T | | | | | ***SEE VIII |
| 15.  Janus Overseas Fund | A | Int./Div. | K | T | | | | | |
| 16.  Nextera Energy (IRA) | A | Int./Div. | | | Sold | 12/31/12 | J | D | |
| 17.  OGE Energy Corp | A | Int./Div. | | | Sold | 03/28/11 | J | A | ***SEE VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caddell, Jack | 03/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pace Oil & Gas LTD | A | Int./Div. | | | Sold | 08/21/12 | J | A | |
| 19. Parnassus Equity Income Fund | A | Int./Div. | L | T | | | | | |
| 20. Pimco Total Return Fund | A | Int./Div. | K | T | Sold (part) | 10/18/12 | J | A | |
| 21. Provident Energy Trust - name chg to Pembina Pipeline Trust | A | Int./Div. | J | T | | | | | |
| 22. Schwab 1000 Index Fund | A | Int./Div. | | | Sold | 01/19/12 | K | C | |
| 23. Schwab S&P 500 Index | A | Int./Div. | M | T | | | | | |
| 24. SSGA INTL Stock | A | Int./Div. | | | Sold | 03/28/11 | J | A | ***SEE VIII |
| 25. Scout Internal Fund | A | Int./Div. | M | T | | | | | |
| 26. SPDR Gold IRA | A | Int./Div. | J | T | | | | | |
| 27. SPDR S&P 500 ETF | A | Int./Div. | M | T | | | | | ***SEE VIII |
| 28. Templeton Global Bond Fund | A | Int./Div. | J | T | Sold (part) | 10/18/12 | J | A | |
| 29. TIAA CREF | A | Int./Div. | K | T | | | | | |
| 30. Valero Energy Corp | A | Int./Div. | J | T | | | | | |
| 31. Vanguard Morgan Growth Fund | A | Int./Div. | L | T | | | | | |
| 32. Vanguard Small Cap | A | Int./Div. | M | T | | | | | |
| 33. Vanguard Value ETF | A | Int./Div. | K | T | Sold (part) | 01/19/12 | J | A | |
| 34. Vanguard Small Corp (IRA) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caddell, Jack | 03/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cash in Schwab Brokerage Acct | A | Int./Div. | K | T | | | | | |
| 36. Alabama Fed Aid Hwy | A | Int./Div. | J | T | Buy | 12/07/12 | J | | |
| 37. Arizona St. Transn. Brd, Hwy. Rev. 5% | A | Int./Div. | J | T | | | | | |
| 38. Auburn University ALA GEN due 6/1/20 | A | Int./Div. | J | T | | | | | |
| 39. Auburn University ALA GEN due 6/25 | A | Int./Div. | J | T | Buy | 03/25/12 | J | | |
| 40. California ST FOR 5% due 6/1/20 | A | Int./Div. | J | T | | | | | |
| 41. Chicago Ill Trans Authority | A | Int./Div. | J | T | | | | | |
| 42. Chicago ILL WTR REV | A | Int./Div. | J | T | | | | | |
| 43. Florida State BRD ED | A | Int./Div. | J | T | | | | | |
| 44. FMI Large Cap Fund | D | Int./Div. | J | T | Buy | 01/19/12 | J | | |
| 45. Iowa State SPL OBLIG | A | Int./Div. | J | T | | | | | |
| 46. Iowa Finance Authority REV | A | Int./Div. | J | T | | | | | |
| 47. Kansas ST DEV FIN | A | Int./Div. | J | T | | | | | |
| 48. Los Angeles California 5% | A | Int./Div. | J | T | | | | | |
| 49. Maine Municipal Bond | A | Int./Div. | J | T | | | | | |
| 50. Metropolitan Transn 5% | A | Int./Div. | J | T | Buy | 09/21/12 | J | | |
| 51. Michigan FIN AUTH | A | Int./Div. | J | T | Buy | 06/15/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caddell, Jack | 03/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Minnesota PUB FACS | A | Int./Div. | J | T | | | | | |
| 53. Minnesota ST MUN PWR | A | Int./Div. | J | T | | | | | |
| 54. New Mexico Finance Authority | A | Int./Div. | J | T | | | | | |
| 55. New York New York Municipal Bon for PR 5% | A | Int./Div. | J | T | | | | | |
| 56. New York ST TWY | A | Int./Div. | J | T | | | | | |
| 57. North Carolina Municipal Bond due 6/15/21 | A | Int./Div. | | | Sold | 05/31/12 | J | A | |
| 58. Oakmark Global Fund | A | Int./Div. | J | T | Buy | 01/19/12 | J | | |
| 59. Ohio ST TPK COMMN | A | Int./Div. | J | T | | | | | |
| 60. Pennsylvania St. 5.75% | A | Int./Div. | J | T | | | | | |
| 61. Phoenix Arizona Civia | A | Int./Div. | J | T | | | | | |
| 62. Southern California Pub | A | Int./Div. | J | T | | | | | |
| 63. TEXAS ST GO due 8/1/21 | A | Int./Div. | J | T | | | | | ***SEE VIII |
| 64. Texas St. Pub. Fin. Auth. due 1/1/20 | A | Int./Div. | | | Sold | 10/17/12 | J | A | |
| 65. University ALA | A | Int./Div. | | | Sold | 01/17/12 | J | A | |
| 66. University Carlifornia RE 5% | A | Int./Div. | J | T | | | | | |
| 67. Virginia College BLDG AUTH | A | Int./Div. | J | T | | | | | |
| 68. Wisconsin ST CLEAN WTR | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caddell, Jack | 03/25/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 9***Inadvertently left off of last year's report

Line 14***correcting name from IShares Barclays to IShares Core U.S. Bond Market ETF

Line17*** Sold all on 3/28/11

Line 24***Sold all on 3/28/11

Line 27***more accurate name

Line 63 - Two listings on last year's report, Texas ST 5% GO and Texas ST PUB FIN AUTH - these are the same entity so combined on this year's report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack Caddell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544